UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 84cr983 JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |
| v. | ) | |
| JOSE FELIX RODRIGUEZ ORTZ (1), VICTOR MANUEL LANDEROS-TAPIA (3), | ) | |
| Defendants. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: March 20, 2015

JEFFREY T. MILLER
United States District Judge